# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0959
Lower Tribunal No. CF21-007268-XX

_____

JOSEPH TUCKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helen S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED